| | | | |
|---|---|---|---|
| Com. v. Gonzalez . . . | 09/29/2015 | 270 MAL (2015) | Denied | Pa.Super., 109 A.3d 711 |
| Com. v. Greene . . . . . | 10/07/2015 | 265 WAL (2015) | Denied | Pa.Super., 120 A.3d 1058 |
| Com. v. Hann . . . . . . | 09/29/2015 | 373 MAL (2015) | Denied | Pa.Super., 121 A.3d 1135 |
| Com. v. Haynes . . . . | 10/14/2015 | 195 WAL (2015) | Denied | Pa.Super., 116 A.3d 640 |
| Com. v. Henderson | 11/04/2015 | 129 WAL (2015) | Denied | Pa.Super., 116 A.3d 699 |
| Com. v. Henry . . . . . | 09/29/2015 | 254 EAL (2015) | Denied | Pa.Super., 121 A.3d 1124 |
| Com. v. Hernandez | 10/07/2015 | 204, 205 EAL (2015) | Denied | |
| Com. v. Hill . . . . . . . | 11/10/2015 | 353 EAL (2015) | Denied | Pa.Super., 122 A.3d 457 |
| Com. v. Hippensteel | 10/07/2015 | 462 MAL (2015) | Denied | Pa.Super., 122 A.3d 455 |
| Com. v. Hollamon . . | 09/30/2015 | 130 WAL (2015) | Denied | Pa.Super., 120 A.3d 1053 |
| Com. v. Hollings-head . . . . . . . . . . . . | 10/14/2015 | 101 WAL (2015) | Denied | Pa.Super., 111 A.3d 186 |
| Com. v. Holloway . . | 09/30/2015 | 287 MAL (2015) | Denied | Pa.Super., 120 A.3d 1061 |
| Com. v. Holmes . . . . | 11/03/2015 | 450 EAL (2015) | Denied | Pa.Super., 122 A.3d 1138 |
| Com. v. Horan . . . . . | 10/07/2015 | 436 MAL (2015) | Denied | Pa.Super., 122 A.3d 445 |